IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERRI LYNN GETZLOFF-PFLAGER,

                        Plaintiff,                    JUDGMENT IN A CIVIL CASE

        v.
                                                      Case No. 15-cv-820-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                        Defendant.

        This action came for consideration before the court with District Judge
William M. Conley presiding.  The issues have been considered and a decision has been
rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff

Sherri Lynn Getzloff-Pflager remanding this case for further proceedings under sentence

four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

        s/ K. Frederickson, Deputy Clerk                          6/30/2016
        Peter Oppeneer, Clerk of Court                              Date